**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title:

Anna Melis

    v.

The Partnerships and Unincorporated
Associations Identified on Schedule A

Case Number:

**1:25-cv-01248**

An appearance is hereby filed by the undersigned as attorney for:

**CheAAlet**
**DWSHUM**
**FengYan**
**Foqnuq**
**GuangZhouXiYinWenJuYouXianGongSi**
**HengXuanRi**
**HongZhang**
**Hwuxmo**
**KeShDi**
**Life House 'S Choice**
**RuWeiMao**
**SHIMELE**
**ShngXun**
**Vxdvou**
**YaJunZhan**
**YingHui**
**YuXinYangWan**
**dvypyn**
**shenzhenshihongqiruidianzishangwuyouxiangongsi**

Attorney name (type or print):  Yong Chen

Firm:　Liu, Chen & Hoffman LLP

Street address:　14 Penn Plaza, Ste 2020

City/State/Zip:　New York, NY 10122

Bar ID Number:  4581880
(See item 3 in instructions)

Telephone Number:　212-547-6694

Email Address: ychen@ambizlaw.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | x Yes | ☐ No |
| Are you a member of the court's general bar? | x Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | x No |
| Are you appearing *pro hac vice*? | ☐ Yes | x No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | x No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 3/13/2025

Attorney signature:     /S/ Yong Chen
(Use electronic signature if the appearance form is filed electronically.)